# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0349, <u>Edgar Clifford Avery, Jr. v. Commissioner, Department of Corrections</u>, the court on May 9, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The petitioner, Edgar Clifford Avery, Jr., appeals the order of the Superior Court (<u>Kissinger</u>, J.) dismissing his complaint for a writ of mandamus. He argues that the trial court erred in dismissing his complaint because, he asserts, he stated a valid claim for relief regarding the policy of the respondent, the Commissioner of the New Hampshire Department of Corrections, relating to confidential mail.

Based upon our review of the written arguments, the relevant law, the record on appeal, and the trial court's order, we find unpersuasive the petitioner's arguments, and affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**